UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LESLIE NUTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00523-LY |
| | ) |
| NCB MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, LESLIE NUTT, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, NCB MANAGEMENT SERVICES, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, NCB MANAGEMENT SERVICES, INC., with prejudice, within 60 days.

DATED: July 29, 2021             RESPECTFULLY SUBMITTED,


                                By: /s/ Michael S. Agruss
                                    Michael S. Agruss
                                    SBN: 6281600
                                    Agruss Law Firm, LLC
                                    4809 N. Ravenswood Ave., Suite 419
                                    Chicago, IL 60640
                                    Tel: 312-224-4695
                                    Fax: 312-253-4451
                                    michael@agrusslawfirm.com
                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I certify that on July 29, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                            By: /s/ Michael S. Agruss
                                                      Michael S. Agruss