IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LESLIE NUTT, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:21-CV-523-LY |
| | § | |
| NCB MANAGEMENT SERVICES, INC., | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. The parties filed a Stipulation to Dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on September 8, 2021 (Doc. #12). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __13th__ day of September, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE